**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SHANE L. HILL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-1290** |
| **DEPUTY CROSBY, ET AL.** | **SECTION "I" (4)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff Shane L. Hill's §1983 claims against defendant Deputy Crosby be **DISMISSED WITH PREJUDICE** as frivolous and otherwise fail to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915, § 1915A and 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction and that Hill's related state law negligence and vicarious liability claims against defendants Deputy Crosby and Sheriff Gerald A. Turlich, Jr. be **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 10th day of September 2026.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**